IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80504-Civ-Cohn/Seltzer

ANNE M. LIGUM,

        Plaintiffs,

v.

STEPHENS & MICHAELS ASSOCIATES,
INC., AND PINNACLE CREDIT
SERVICES, LLC

        Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL**

      The parties have reached a partial settlement. Defendant, Stephens & Michaels, Associates, Inc. ("Stephens"), has offered to pay Plaintiff, Anne M. Ligum, $2001.00, plus reasonable attorney fees and costs in settlement of Plaintiff's claims under the Fair Debt Collection Practices Act and claims under the Florida Consumer Collection Practices Act. Plaintiff has accepted the offer. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a Dismissal with prejudice of Plaintiff's claims against Defendant, Stephens and Defendant, Pinnacle Credit Services, LLC ("Pinnacle") under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with

11477 v1

Local Rule. The parties' settlement does not affect Plaintiff's claims under the Telephone Consumer Protection Act. In light of the fact that the Court may not continue to exercise jurisdiction over these non-federal question claims, the parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to a dismissal without prejudice of Plaintiff's claims against Stephens and Pinnacle under the Telephone Consumer Protection Act.


By: /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Attorney for Plaintiff,
Anne M. Ligum
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

By: /s/ R. Frank Springfield
R. Frank Springfield, Esq
Attorney for Defendant, Stephens &
      Michaels Associates, Inc.
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: 205-458-5187
Facsimile: 205-244-5707


By: /s/ Dale Thomas Golden
Dale Thomas Golden
Attorney for Defendant,
Pinnacle Credit Services, LLC
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
 Facsimile: 813-251-3675

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80504-Civ-Cohn/Seltzer

ANNE M. LIGUM,

        Plaintiffs,

v.

STEPHENS & MICHAELS ASSOCIATES,
INC., AND PINNACLE CREDIT
SERVICES, LLC

        Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/R. Frank Springfield
                                              R. Frank Springfield, Esq.

**SERVICE LIST**
Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

Dale Thomas Golden
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone 813-251-5500

Facsimile: 813-251-3675

Jean Anne Liebegott
Marshall Dennehey Warner Coleman Goggin
1 East Broward Boulevard
Suite 500
Fort Lauderdale, FL 33301
Telephone: 954-847-4920

<u>Via Notices of Electronic Filing generated by CM/ECF</u>

11477 v1

4