UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80504-CIV-COHN/SELTZER

ANNE M. LIGUM,

    Plaintiff,

vs.

STEPHENS & MICHAELS ASSOCIATES,
INC., AND PINNACLE CREDIT
SERVICES, LLC

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal [DE 31] ("Stipulation").  The Court has reviewed the Stipulation, the record in this case, and is otherwise advised in the premises.

The parties have reached partial settlement in this case.  Defendant Stephens & Michaels Associates, Inc. has agreed to pay Plaintiff Anne Ligum $2001.00, as well as reasonable attorney's fees and costs in settlement of Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*.  Though the parties have not settled Plaintiff's claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Court may not continue to exercise jurisdiction over these non–federal question claims.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     All Fair Debt Collection Practices Act claims and Florida Consumer Collection Practices Act claims in the above-captioned action are **DISMISSED with**

  **prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court will retain jurisdiction to rule on the attorney's fees and costs on these claims.  If the parties do not resolve the matter of Plaintiff's attorney's fees and costs by agreement, Plaintiff shall file a motion in accordance with the Local Rules for the Southern District of Florida.

2. All Telephone Consumer Protection Act claims in the above-captioned action are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. All pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case for administrative purposes.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of October, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF